Abran E. Vigil
Nevada Bar No. 7548
Maria A. Gall
Nevada Bar No. 14200
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
gallm@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, VISTA RIDGE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No.  2:16-cv-02198-RFB-NJK<br><br>**STIPULATION AND ORDER REGARDING DEMAND FOR SECURITY COSTS** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to allow entry of an order for the deposit of a check in the amount of $500.00 by Chase with the Clerk of the Court in compliance with NRS 18.130.  On October 19, 2016, SFR filed and served a Demand for Security Costs Pursuant to NRS 18.130(1).  (*See* ECF No. 10.)  In compliance with the statute, the Parties stipulate for an order permitting the deposit of $500.00 pursuant to NRS 18.130.

The Parties further stipulate that, pursuant to NRS 18.130, SFR shall answer or otherwise plead to the Complaint within ten days of notice that the funds have been deposited with the Court.

Dated: this 24th day of October, 2016.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| /s/ Abran Vigil<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Maria A. Gall<br>Nevada Bar No. 14200<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | /s/ Diana Cline Ebron<br>Diana Cline Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen L. Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorney for SFR Investments Pool 1, LLC* |

## ORDER

**FOR GOOD CAUSE APPEARING**, and based upon the foregoing stipulation:

**IT IS HEREBY ORDERED** that, pursuant to NRS 18.130, Chase shall deposit $500.00 with the Clerk of the Court.

**IT IS HEREBY FURTHER ORDERED** that, pursuant to NRS 18.130, Chase shall notify SFR of the deposit, and SFR shall have ten days from the date of such notice to answer or otherwise plead to the Complaint.

**IT IS FURTHER ORDERED** that the motion at Docket No. 10 is **DENIED** as moot.

United States Magistrate Judge
Dated: October 25, 2016