Abran E. Vigil, Esq.
Nevada Bar No. 7548
Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
vigila@ballardspahr.com
tasca@ballardspahr.com
gallm@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; VISTA RIDGE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation,<br><br>    Defendants.<br><br>VISTA RIDGE HOMEOWNERS' ASSOCIATION,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>ALESSI & KOENIG, LLC, a Nevada limited liability company,<br><br>    Third-Party Defendant. | Case No. 2:16-cv-02198-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND JPMORGAN CHASE BANK, N.A.'S TIME TO RESPOND TO THE COUNTERCLAIM** |

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross-Claimant, | |
| vs. | |
| JPMORGAN CHASE BANK, N.A., a national banking association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for COUNTRYWIDE HOME LOANS, INC.; RYAN CARDELLA, an individual; and STEPHANIE NORTON, an individual, | |
| Counter/Cross-Defendants. | |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") currently has until December 12, 2016 to answer or otherwise respond to the Counterclaim (ECF No. 27) filed by Defendant SFR Investments Pool 1, LLC ("SFR") in this matter. In order to allow Chase further time to investigate the Counterclaim and prepare a response thereto, Chase and SFR hereby stipulate and agree that Chase shall have up to and including **December 16, 2016** to answer or otherwise respond to the Counterclaim. This is the parties' first request for an extension. It is made in good faith and not for purposes of delay.

Respectfully submitted this 9th date of December, 2016,

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Maria Gall<br>    Abran E. Vigil, Esq.<br>    Nevada Bar No. 7548<br>    Joel E. Tasca, Esq.<br>    Nevada Bar No. 14124<br>    Maria A. Gall, Esq.<br>    Nevada Bar No. 14200<br>    100 North City Parkway, Suite 1750<br>    Las Vegas, Nevada 89106 | By: /s/ Diana Cline Ebron<br>    Diana Cline Ebron, Esq.<br>    Nevada Bar No. 10580<br>    Jacqueline A. Gilbert, Esq.<br>    Nevada Bar No. 10593<br>    Karen L. Hanks, Esq.<br>    Nevada Bar No. 9578<br>    7625 Dean Martin Drive, Suite 110<br>    Las Vegas, Nevada 89139 |

2

1           <u>ORDER</u>

3 IT IS SO ORDERED.

                                                    United States Magistrate Judge

                                                    DATED: December 12, 2016

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

3