Abran E. Vigil
Nevada Bar No. 7548
Joel E. Tasca
Nevada Bar No. 14124
Justin Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
vigila@ballardspahr.com
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; VISTA RIDGE HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation, <br><br> Defendants. | Case No. 2:16-cv-02198-RFB-NJK <br><br> **NOTICE OF CHANGE OF COUNSEL** |
| VISTA RIDGE HOMEOWNERS' ASSOCIATION, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> ALESSI & KOENIG, LLC, a Nevada limited liability company, <br><br> Third-Party Defendant. | |

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

    Counter/Cross-Claimant,

v.

JPMORGAN CHASE BANK, N.A., a national banking association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for COUNTRYWIDE HOME LOANS, INC.; RYAN CARDELLA, an individual; and STEPHANIE NORTON, an individual,

    Counter/Cross-Defendants.

PLEASE TAKE NOTICE that Maria A. Gall of Ballard Spahr LLP is no longer associated with this case and should be removed from the service list for this case. Plaintiff JPMorgan Chase Bank, N.A. will continue to be represented by Abran E. Vigil, Joel E. Tasca and Justin Shiroff of Ballard Spahr LLP in this case.

Dated: January 6, 2017

        BALLARD SPAHR LLP

        By: /s/ Justin Shiroff
          Abran E. Vigil
          Nevada Bar No. 7548
          Joel E. Tasca
          Nevada Bar No. 14124
          Justin Shiroff
          Nevada Bar No. 12869
          100 North City Parkway, Suite 1750
          Las Vegas, Nevada 89106

        *Attorneys for JPMorgan Chase Bank, N.A.*

IT IS SO ORDERED.
Dated: January 9, 2017

_____
United States Magistrate Judge

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

2