Abran E. Vigil
Nevada Bar No. 7548
Joel E. Tasca
Nevada Bar No. 14124
Justin A Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
tasca@ballardspahr.com
shiroffj@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; VISTA RIDGE HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Defendants. | Case No. 2:16-cv-02198-RFB-NJK<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., VISTA RIDGE HOMEOWNERS' ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 22, 2018** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A., a national banking association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation, as nominee beneficiary for COUNTRYWIDE HOME LOANS, INC.; RYAN CARDELLA, an individual; and STEPHANIE NORTON, an individual,<br><br>Counter/Cross-Defendants. | |

1  Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant
2  JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant
3  SFR Investments Pool 1, LLC ("SFR") and Defendant Vista Ridge Homeowners
4  Association ("Vista Ridge") (collectively, the "Parties"), through their respective
5  attorneys, stipulate as follows:

6  1.  This action concerns title to real property commonly known as 1516
7  Emerald Peak Avenue, Henderson, NV 89012 (the "Property") following a
8  homeowner's association foreclosure sale conducted on September 19, 2012, with
9  respect to the Property.

10  2.  As it relates to the Parties, a dispute arose regarding that certain Deed
11  of Trust recorded against the Property in the Official Records of Clark County,
12  Nevada as Instrument Number 20050713-0002308 (the "Deed of Trust"), and in
13  particular, whether the Deed of Trust continues to encumber the Property.

14  3.  The Parties to this Stipulation have agreed to release their respective
15  claims, and further agreed that the claims between them, including the Complaint
16  and Counterclaim, shall be DISMISSED with prejudice.

17  4.  This Stipulation in no way affects SFR's cross-claims against Ryan
18  Cardella, Stephanie Norton, and Mortgage Electronic Registration Systems, Inc., a
19  Delaware corporation, as nominee beneficiary for Countrywide Home Loans, Inc.

20  5.  The Parties further stipulate and agree that the three Lis Pendens
21  relating to the Property and recorded in the Official Records of Clark County,
22  Nevada, as Instruments Number 20131209-0000611, 20161201-0002890, and
23  20161206-0002923 be, and the same hereby are, EXPUNGED.

24  6.  The Parties further stipulate and agree that the $500 in security costs
25  posted by Chase on November 1, 2016 pursuant to this Court's Order [ECF No. 14]
26  shall be discharged and released to the Ballard Spahr LLP Trust Account.

27  7.  The Parties further stipulate and agree that a copy of this Stipulation
28  and Order may be recorded with the Clark County Recorder;

8. The Parties further agree to lift the stay entered March 22, 2018 [ECF No. 69];

9. This case shall remain open until such time as SFR resolves its pending cross-claims against Ryan Cardella, Stephanie Norton, and Mortgage Electronic Registration Systems, Inc., a Delaware corporation, as nominee beneficiary for Countrywide Home Loans, Inc., and

10. The stipulating Parties in this case number 2:16-cv-02198-RFB-NJK shall bear its own attorneys' fees and costs.

Dated: December 26, 2018

BALLARD SPAHR LLP

By: /s/ Justin A. Shiroff
 Abran E. Vigil, Esq. (#7548)
 Joel E. Tasca, Esq. (#14124)
 Justin A. Shiroff, Esq.(#12869)
 1980 Festival Plaza Drive, Suite 900
 Las Vegas, Nevada 89135

*Attorneys for JPMorgan Chase Bank, N.A.*

ROBBINS LAW FIRM

By: /s/ Elizabeth B. Lowell
 Elizabeth B. Lowell, Esq. (#8551)
 1995 Village Center Circle, Suite 190
 Las Vegas, Nevada 89134-0562

*Attorneys for Vista Ridge Homeowners Association*

KIM GILBERT EBRON

By: /s/ Jacqueline A. Gilbert
 Diana S. Ebron, Esq.(#10580)
 Jacqueline A. Gilbert, Esq. (#10593)
 Karen L. Hanks, Esq. (#9578)
 7625 Dean Martin Drive, Suite 110
 Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 27, 2018