# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br>     Plaintiff(s), <br> v. <br> SFR INVESTMENTS POOL 1, LLC, et al., <br>     Defendant(s). | Case No.: 2:16-cv-02198-RFB-NJK <br><br> **Order** |

It appears the only claims remaining in this case are SFR's cross-claims against Ryan Cardella, Stephanie Norton, and Mortgage Electronic Registration Systems, Inc. *See* Docket No. 72 at 3. SFR obtained a default against each of those parties. Docket No. 60. No later than January 25, 2019, SFR shall file either (1) motions for default judgment or (2) a status report explaining how it intends to proceed with its cross-claims.

IT IS SO ORDERED.

Dated: January 11, 2019

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge