# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JPMORGAN CHASE BANK, N.A.,

        Plaintiff,

v.

SFR INVESTMENTS POOL 1, LLC, et al.

        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number:  2:16-cv-02198-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered on the cross-claims against Ryan Cardella and Stephanie Norton in favor of SFR Investments Pool 1, LLC. The Court declares that neither Ryan Cardella nor Stephanie Norton hold any interest, right, or title to the property as a result of the foreclosure sale.

7/30/2019
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk